Good afternoon. Illinois Public Court First District Court is now in session. The Sixth Division, the Honorable Justice Sharon O. Johnson presiding, case number 22-1803, Pentagon Federal Credit Union v. Ali Poorian. Good afternoon and welcome. I'm Justice Sharon Odin Johnson. I'm joined by my colleagues, Justice Michael B. Hyman and Justice Sanjay T. Taylor. You'll both be given 20 minutes in order to present your arguments on today with the appellant being allowed to reserve time for rebuttal. Let's begin by having the appellant state his appearance for the record. Eric Molnar, M-A-L-N-A-R, on behalf of Pentagon Federal Credit Union. Okay. Counsel for appellee. Amy DeLeo, on behalf of appellees Ali Poorian, Tipless Properties, Inc. and Atterock Properties, Inc. Okay. Attorney Molnar, how much time would you like to reserve for rebuttal? 5 to 10 minutes, if that. I may not even decide to do it. Okay, very well. You may proceed. Okay, so as we've laid out in our brief, and I don't want to belabor what's already there, you know, I think it's a very narrow issue here. I think both briefs are pretty concise, but the issue of the case has to do with fraudulent transfer of real estate, where in my client, Pentagon Federal Credit Union, made some loans. The defendant was the borrower. At a certain point in time, at least for count one, there were five properties that were transferred to a trust. Which we allege that the defendant, Mr. Poorian, was the beneficiary of the trust. In our complaint, we based our ability to file the complaint on the four-year statute of limitations found in the Uniform Fraudulent Transfer Act, based on the four years. And also going with what we believe is the plain language of the statute, that we had four years from the time that the deeds were recorded. So obviously, this is really the crux of the case in that the statute doesn't say deeds are recorded, it's the transfers made. So the question is, for us, is what does transfers made mean? That's what the statute says, right? Correct, but the statute does say transfer made, but then it goes on to say, what does transfer made mean? And it actually lays it out. And then we provided a case that said, you know, because it's a little wordy when it says, you know, transfer can provide you the section. But it specifically says that transfer is made. And if you like, Judge, I can read it to you. No, I'm familiar with the statute. Okay. So, and then it says, then it lays out the situation in which a transfer is made. And then we cite it to case law. McGinley versus Partners is one where they sort of goes into more detail, saying that this is, it means that when it's recorded, because there really isn't a situation where you would have a, someone else could get a perfected interest above and beyond the original interest without recording it, because you wouldn't have notice of it. But isn't the purpose of the recording just to put everyone on notice? So wouldn't there be alternatives to putting people on notice? It doesn't have to be recorded. Correct. Correct. And I think I addressed that very issue in our brief. You know, if we take it to the, if we take it to the, to the extent that, yes, even if the defendant is partially right, that there are other ways, then it kind of goes to the second part of my argument. So, let's see. So, what is that other way? Right? The other way is, is the defendant outlines in the, in the Beals case, right? Where we have a situation where we have some property that's, that's, that's unimproved and the court said, well, you know, if you can show that there's continuous ownership, or you can show that there's some kind of improvement. You could, you could bypass this whole recording issue because you could show that anybody would be on notice. Right? Okay. That makes sense. And in the Beals case, that was actually, I believe, an appeal on either summary judgment or trial, where the parties had an opportunity to conduct discovery and actually, like, have hearings and provide facts to determine whether or not notice was actually provided. And in the end, the court ruled a no, the notice wasn't sufficient based on the status of the property. And so, the second part of my argument, assuming that we're going to accept that there is an alternative way of showing, of giving notice, is that this case was, was dismissed on a motion to dismiss. There never was discovery. There never were, there were no evidentiary hearings. There were no affidavits. There were no verified pleadings. And there never was an actual factual ruling on whether or not the defendants actually showed what they're, what showed what they're, they're claiming is, is available to them as a means of showing alternative means of notice. They filed the motion to dismiss. Correct. And so, they have the burden. Correct. And they didn't provide any evidence whatsoever. Correct. There were no affidavits, no verified pleadings. It was almost as if the lower court just accepted the idea that the possibility existed, that they could show some sort of alternative notice and made a ruling in accordance. Because we're talking about five pieces of property here that were owned by the same man who he transferred to five trusts, which we've alleged that he is the beneficiary of. And so, that on its face, I don't see how, if you have an actual factual evidentiary hearing on its face alone, is enough to say, oh, yes, that is absolutely notice to the world that somehow there was a transfer. I mean, if we've been allowed to do that. I want to ask you a question, but they say in their brief. That appellant presumes the only way to perfect an interest in real estate against a bona fide purchaser is by recording a deed. Is that your position? Well, that's my position what the statute says, but as I said in my brief, I said, I address the issue of even if the court finds that there is an alternative means to do that, then they should have to prove it. They should have to show that somehow. So, you want us to find there is no alternative? That's your first argument. If that fails, then the notice question becomes the issue. Correct, because the statute doesn't mention anything. Why would we go with the first one, considering that there's cases that talk about the second? Well, because the cases that talk about the second aren't about the Fraudulent Transfer Act. So, the Fraudulent Transfer Act says what it says, and it doesn't mention that there's an alternative means of showing notice. And as I stated in the brief, I think if the legislators wanted to give alternative means, they would have put that in there, and they didn't. But I concede the point that if the court determines, well, it is reasonable that there would be an alternative means of showing notice to the world, and if we're going to rely on these cases that the defendant cites, well, then they should have to prove it up like the participants in the cases that they're citing do. I understand. I understand that's part of your argument. I'm more interested in whether your first argument, you know, whether that's the way that it should go, or whether it's the alternative argument as well. I mean, there's an alternative here. And as I understand what you're saying is, because the Uniform Act does not give an alternative in its four corners, then it's a recording that's necessary. In order for us to go beyond that, you're saying, we would have to go to other acts? Well, that's the defendant's position. What would your position be? I mean, you said there's an alternative. Well, my position, I'm anticipating... Mr. Mulner, I think, tell me if I'm wrong, but if I think I understand your position correctly, it is that notice, you acknowledge that notice can be both constructive and actual, focusing on the former constructive notice. Your position is that in order for someone to have constructive notice that the deed must be on record. It can't be simply executed. And if the statute of limitations is to accrue before that, the creditor would have had to have actual notice. And one way actual notice can be shown is if the possession was open and notorious and that sort of thing. Is that correct? Is that your position? That is correct. That is correct. And to finish up the point, your point is that there are no facts in the record or evidence to suggest that the possession by the debtor was open or the possession by the transferee was open and notorious. That's exactly right. There was never discovery.  That's exactly right, Judge. Okay. So, yeah, so that's so I said, so the 1st argument is, again, that the statute says what it says and that it is what it is in the alternative. If if these cases would apply, then, yes, I think the burden does shift to the defendant to actually prove the open and notorious. And this case was never given the chance to do that. We were never given a chance to amend the complaints. If, you know, if we're talking about, you know, allegation deficiencies, we were never given a chance to to amend and I don't and this kind of leads into the sort of the 2nd part of of our brief for, you know, the. I don't think it's I don't think it's reasonable to say that there are no, no facts that could have been alleged that could show that we would be meritorious in this case because there were no factual determinations made by the lower court. The court is saying the lower court essentially just lapped onto the concept that there is an alternative way of providing notice to creditors or bonafide purchasers and then accepted that as fact in the case and then rule the court. So you've talked about the trust transfers. I'd like to focus on the transfers to the LLC's of which you allege that Mr. Period was a member so there the issue is a little bit different and your position in your brief is that the statute of limitations does not accrue until the judgments entered, but the courts have rejected that argument and and so. Yeah, those that and that's why those were sort of that those are definitely a different position. I guess my take on the time was I was never given the opportunity to at least make the allegation to amend. To even transfer. I'm sorry. Okay. Council, let's allow justice Taylor to restate as complete question. He was frozen for a while. Thank you, Justice Johnson. Um, so, um, my question is, you know, with respect to the discovery rule argument, you argue that the statute doesn't accrue until you get a judgment, but that has nothing to do with the discovery. And, but you, but I think there might be another argument, I suppose, that, which is that it's not the actual transfer that triggers the discovery rule, it's the knowledge or reason to know the fraudulent nature of the transfer. And so I'd like to hear your position on that. Well, yes, because what we were dealing with was a contested. So, um, the matter was contested so we did not have the ability to legally claim any kind of, you know, we, the, the agreements were still being contested over, I believe, the course of a year. So what I was saying is that, you know, it was almost like a ripeness of the claim, to some extent, that was created by the time that we actually won there was an actual ruling in our favor to show that we now have the ability to go after these properties. Well, you know, the parties briefs don't really address this issue, but other states have, you know, held, you know, that's not the case, that the cause of action, you know, does not wait as far as accrual until a judgment is entered. No, I understand the 2nd, part of the brief is definitely different than the 1st, because we're dealing with now where there is no dispute as the timing where I'm not and I'm not suggesting that. The, the LLCs are were filed within the normal 4 years obviously they were filed after that's that's not in dispute. Let me ask you, let me, let me just focus on my question. The 2nd part of my question. And this is really not laid out in the briefs, but, you know, we have an obligation to make sure that we get the law right. And the question is, for purposes of discovery rule, did that rule begin or did the 1 year period begin when the deeds were recorded? Because that's when you would have had constructive notice of the transfer. And my question to you is, for purposes of discovery rule, is that enough that you have constructive notice of transfer or does the law require that before that 1 year period accrues that you had some reason to know that the transfer was fraudulent? If I understand it correctly here, all you knew was that there was a transfer. You didn't know how much money was exchanged for the properties. You didn't know, you know, who the beneficial holders were and that sort of thing. So what's your position then? Yes, I see your question. I understand your question now. Yes. I mean, I would I would agree that I think that would be a favorable interpretation to our side that it wasn't just the fact that the transfer occurred and we had noticed because not every transfer is fraudulent. But the fact that, you know, we didn't know at the time that the transfer was fraudulent, that it was going, you know, there's it's not a public record. It went to a trust, but we don't have any idea of what the trust is without any kind of discovery powers or subpoena powers. So, yeah, I mean, I would I would agree that, you know, from our position that yes, I mean, that would that would fall into the discovery rule that whether or not we knew it was fraudulent at that time. Okay, any additional questions from the panel? Okay, so you still have 1 minute left. Would you like to use a council or we can allow the appellee to proceed? You can allow the appellee to proceed very well. Thank you. You may proceed council. Good afternoon, may it please the court. The appellees are requesting that the trial court's orders be affirmed. First, the trial court properly found that the plaintiff's claims were barred by the 4-year statute of limitations. Here, so with regard to count 1, just quickly, they were executed on December 2nd, 2016. We know the facts, we know the facts. But the question, the question is because they would have no idea when this was executed, right? Nothing, there was no way they would know that they would only have noticed when it was recorded. Why would it be when it executed? So, under the statute, the statute, because Illinois courts have long for years, well established law have established have provided that when a party takes title and possession that equates to recording. No, but we're talking about a, this is a fraudulent transfer statute. We're not, it's not just any typical situation. We're talking about fraudulent transfer. And I don't understand how they would know that when they don't even know there was a transfer. Well, they, so first of all, they knew this wasn't a matter of, they didn't know the transfer occurred until after, you know, 4 years later. Yes, there was an 8-month delay, but they knew more than 3 years before the statute of limitations had expired. So, they had known as of, you know, July of. Well, it depends on when it expired. I mean, whether it expires when it's recorded or from the execution. That's the issue before it. So, here the statute says, the statute doesn't say recording. The statute says a transfer occurs when it is so far perfected that it cannot be, that a bona fide purchaser can acquire a superior interest. So, it cannot be set aside by a bona fide purchaser. And certainly, recording is constructive notice, but Illinois courts have regularly said that when you take the deed and possession of a property, that equates to recording and that is perfected on that way. And I believe the drafters of the, you know, Fraudulent Transfer Act, when they used the language perfected as to a bona fide purchaser, they wanted us to look at under, with regard to real estate property, how in Illinois are you able to perfect your interest against a bona fide purchaser? You can only perfect it if there's something more than just handing over the deed. Correct. So, what is the more here? And we're referring to this short period of time between the time of delivery of the deed and the recording. That's the issue here. So, what else occurred within that time that would have put the appellants on notice? There was a transfer of possession and going to, which Illinois courts have for many, as well as established, that a party in possession of a property that serves as constructive notice to the whole world as to the interest that party is possessing the property. So, there is an obligation that when somebody is in possession and they're not entitled, that third parties are charged with the knowledge of what they would get when they investigated why that person was in possession. And so, how do those cases define possession? Because we're talking about a trustee here, you know, Chicago title, right? Not where, you know, there's an actual person that goes out and builds on the land or even, you know, keeps the land up or puts a fence or anything of that sort. Here, we're talking about Chicago title, which just receives a deed. What did they do within that time to put anyone on notice? Well, first of all, it was not. So, the deed itself says that 4N is transferring all rights, title, and interest in the property. So, the deed itself would indicate that possession is being transferred, was transferred. So, as of July of 2017, they would have known that in December 2nd, 2016, they transferred title as well as possession. I think everyone agrees to that. But we're talking about before July and after December. So, I believe, and this is not, my understanding is, and this is not fully developed in the record because it was, you know, we're coming up here on a motion to dismiss, but it can be presumed these are investment properties, that this is not property that's not, hasn't been alleged that it was. I mean, 4N couldn't, you know, it wasn't his homestead property and they were likely, they were probably, again, this is not in the record, but if it's, they were leasing the property is what I would understand. And that tenants, so if there was a transfer of the lease, that tenant's possession would be, you know, noticed. And there is well established law, I believe, I cite to U.S. Bank via Visinor that talks about how a landlord, that the tenant's possession of the property. So, yes, Chicago title didn't necessarily take possession, but to the extent they had a tenant in possession of the property, that is, acts as notice of Chicago title's possession of the property. Did Chicago title lease this property out? Well, I mean, if you presume that Chicago title did that, as opposed to the defendant's, I'm sorry, the beneficiary, I mean, it would, well, I mean, so that was assumed. But you said it's not in the record, so we can't take account of any of it. So. It's not in the record, so we can't consider it, right? On the, I guess I'm, what. Well, you said it's nothing that you just said was in the record. Right, right. So I'm trying to answer your question. Well, but you're, we're trying, the question was on this case, in the record, that's because that's what we have to deal with. So in the record, there is, there was a deed, and that the trial court relied upon. The deeds were attached, and attached to the deed, it discussed Chicago, all interest in the property was being transferred to Chicago title, and Chicago title had the right to possess the property, had the right to lease the property. There's a terms and conditions attached to this lease. So that is what was controlling. With regard to a motion to dismiss, when there is a motion to dismiss based on statute of limitations ground, the burden actually shifts to the plaintiff to present facts to show that the statute of limitations should not apply. But in this case, the question is whether the recording is the date, or the execution of those documents. That's what Justice Johnson said, and what Justice Taylor has said. So let me ask you this, this is a uniform act, right? What is the majority of states say about this? I don't know, I was not able to, I did not, I've not done that analysis. Okay, well, we have, and the states say that it is the cause of action was time barred by the four years after the deed was recorded. And that said over and over and over in multiple states. So do you don't know of any state that's going against that? No. So you're asking Illinois to be one of the first to take a minority view. Is that correct? I'm asking Illinois to apply its law. Well, they are, I mean, this is the other states have similar laws. This is a uniform code, and the code has been interpreted over and over again as to record it, not as to what you're presenting. Well, I think under, it's well established in Illinois that an interest in property is perfected, and that's what the statute says, perfected upon delivery of the deed and possession of the property. The complaint, there is no allegation in the complaint that Corian remained in possession. There is no, there is no allegation that he was the beneficiary of the contract. There is a deed, and under the deed, it indicates that possession was transferred. So here, I think under the pleadings, and there was an order, counsel indicates, you know, ask that this, you know, be remanded that they should have been allowed an opportunity to amend the complaint. They didn't do that. They could amend the complaint. The judge said they didn't let him amend, right? They didn't submit a proper request to amend. A motion to amend must be accompanied by a proposed pleading. They didn't do that. Has that argument been made in the briefs? Yes. I mean, it was made in the briefs. Yes, I believe so. Yes. You made that, I don't remember seeing it in your brief, but. You're not saying you didn't do it, but I don't remember seeing it. I said that because they argue in their briefs that it was alleged that Corian, it was alleged that he did not take possession, that he remained in control of these properties. But I argue those were conclusory allegations not supported by facts that should not be supported. As a matter of law, I mean, they, they, the request to amend only came with when they filed the motion to reconsider and they didn't attach a proposed pleading. So here, based upon the face of the deed, you know, possession was transferred at the time on December 2nd, 2016. Again, I don't, I don't see that argument in your, in your brief, but what about Council, what about the Beals case where the court said bear possession without more is not sufficient. Well, here there was more than just bear possession. And what is the more. The more is usually it's when you get a deed transferring title and you have possession. And here they're. Well, but so that would then include every case. Right. I mean, that would effectively eviscerate the rule that bear possession without more is not sufficient because you're saying that when you get the deed, that's not. Based upon the, I'm saying that based upon the allegations, the face of the complaint, which attaches the deed, the deed indicates that possession was not transferred. When we move to file the deed in the case of possession was not transferred was transferred. I'm sorry, Your Honor. It's that all rights, title and interest. Well, doesn't every deed say that. Right. Um, you know, but there is no allegation here that possession wasn't transferred. So the trial court looked at the deed, which indicated that it was Effective, but what I'm telling you is that the Beals court says and it's 99 left third 842 1981 case that That their possession without more is not sufficient rather ownership must be open open visible exclusive and unambiguous. And here we're just at the big question mark. Again, I would say that The burden was on the plaintiff here. Once we raised the statute of limitation. I think I decided that it is on plaintiffs burden to come back with facts to show that the statute of limitations did not apply. Well, I've never had the opportunity to do that because It was not given leave to file an amended pleading to respond to the statute of limitations defense that had been raised in the motion to dismiss a plaintiff is not required to anticipate from the defenses. When they filed the motion to dismiss the burden then shifts to the plaintiff to come up, whether it be. Here's a proposed amended pleading. Here's an affidavit. Well, so as the movement as the movement seeking dismissal based on the statute of limitations. Did you offer any affidavit and support of your motion to indicate that look, you know, we occupied the property to sign up here people moved in that sort of thing. No, we relied upon the allegations of the complaint on the motion to dismiss and the Allegation don't really say much in terms of the possession. Right. The deed. We, again, based upon Trial courts read the deed and what was stated in the deed, and it was more than a typical deed. There were a lot. There was a second page that had terms and condition. Well, so let me read you what to build court says quote in order for possession to be equivalent to recording and must provide some measure of notice to the outside world of the possessors possessors interest in the land. Now I think we can go. I think we can Extract from that that what the deed says is really irrelevant because that's the recording. There must be something in addition, that's the way I read that language and the bills case. I think you read it differently. And I just, I'm trying to understand how you get to your conclusion. I'm not reading the bills differently. What I am I read bills. I know that when there is a question about whether the that the possession has. Yes, I agree. That, you know, feels and the other cases say, you know, it's You know, there has to be, you know, something more. I think one of the cases it's mowing the lawn and that wasn't sufficient. But, you know, sometimes it's more possession of a tenant is an example of something that is So I think we agree on the law. I think that I think where we might where it might be some issue between you and And Mr monitor is who has to burden your position is that they had to burden and his position is no, you had to. Correct. Okay. Okay. And then, you know, I want to ask you, you know, I was talking to Mr. Mulder and asking him about the second argument. Relating to the transfers to the LLC. And the issue there is a little bit different because they're in books and discovery rule and, you know, he's argued that The statute didn't accrue until they got a judgment. I think the law does not support that position, but As, as we've looked at this case and cases outside of Illinois. Because again, as just as Simon pointed out, this is uniform act. So the first case. First thing I do when I find that there's not much in Illinois, as I look elsewhere. Because, you know, other states are looking at the same issues. Is it the transfer itself that triggers the one year period under discovery rule or is discovery of the fraudulent nature of the transfer. In other words, The bank Pentagon had constructed notice that there was a transfer, but that wouldn't have given them Notice of the fraudulent nature of the transfer that's been alleged. What's your position on that? I actually think that recording of the deed does give construction notice up to the fraudulent nature does give notice of Well, if you look at the deeds. It says it's tax exempt under, you know, I've, I've had You know, if you look at the deed itself. There's some tax exempt language as you know there's not sufficient consideration, which would give you enough Which raise enough of a question that gives you an obligation to investigate. So I think construction notice of that deed. The recording gave them a duty to to investigate the nature of that transaction and to do a little bit more research into whether it was, you know, a fraudulent transaction and they had a cause of action. Does it have anything to do with transfer stamps? Pardon me. Is this something to do with transfer stamps and because it was some type of related transaction. It was exempt from the stamps. Is that Right, but I'm just saying, like, what is something you were asking about the deed itself. First of all, I think the recording of the deed itself. Nothing more Gave construction notice of the transaction and they should have done a little bit of investigation. But if there was something more. If you looked at the transfer stamp and see that they claimed an exemption. Well, why are they claiming exemption because it's, you know, Your argument is that anytime there's transfer stamps being exempted that that means somebody's on notice. That's what you say the law should be Your position. That is, that is my position because I have lost on that on the other side of the table. I've had trial court judges tell me you should have known because of the transfer stamp and that the date of recording gave you notice of this and you had an obligation to inspire so That's why we're here. Now you won't have that problem anymore. We're going to decide it and both of you will be in much better Whatever we decide. Okay. Right. So I do think there is case law that indicates you know that the date of recording of a deed and I, I have not briefed it, but I do believe there's cases out there that say that recording of the deed that statute of limitation does begin to run Is there a case you would point us to I'm sorry, like On that point, is there a case you you said the cases say that Is there a case you would I would have to go look because I know I had it before and I had cases, but it's In your brief. I mean, I don't Agree. Okay. And those other cases stated that that put you on notice as to the fraud. Yes, I would, I would, I apologize. I would have to look at that wasn't Briefed here, but I have, again, I'm just basing it off of my recollection as of having lost that people have cited cases against me on that so Case laws out there. Okay, so we've asked you quite a few questions. So I'll give you a moment or two to wrap up or if you'd like to Restate or emphasize part of your argument before The appellant does his rebuttal. Well, I just would like to emphasize here that I think based upon the four corners of this pleading That they Based upon that pleading here, it would be clear that title that was transferred and possession was transferred on December, you know, prior, you know, more than four years prior to the filing of the pleading. And that there was never a proper request for amended pleading with a proposed pleading. There were not any Facts introduced. Again, I cite to her the hermitage case in my brief about the burden is on plaintiff to establish Only facts that the statute of limitations should not apply also fact supporting the discovery rule. And they're the, the simple conclusory allegation on counts. The second point of the argument, the conclusory allegation that they did not discover The fraud until January of 2021 is just not sufficient that they had an obligation, especially invoking the discovery rule to plead actual facts and come forth with facts. And And again, and I do. And yeah, so that would be so we would ask the court on those grounds to affirm the trial courts rulings. Thank you very much. Attorney monitor, would you like to use your rebuttal time I don't have anything further to say, unless the any of the panel wants to ask me any questions. I have a question. And actually, this will be the one question that you may or may not answer. And that is What is the actual fraud that you're alleging Or that you think happened here. Well, so if you look in our brief I lay out in the very beginning, sort of the history of the loan and I did that on purpose. So to show that, you know, there was, I think, about a $15 million outstanding loan that existed sometime in I want to say it started in 2015 so this was an obligation that was out there against Mr Korean for quite some time. And so my, my, you know, my theory is, is that he saw the writing on the wall. He'd been given a couple extension forbearance agreements because he'd been defaulting he did eventually default. And so I think he made a decision to transfer these properties out of his name to a trust to avoid us taking those properties because I mean because that's okay. Yeah, yeah. And Mr. So, Mr. The allegation here is Mr. Period was in a taxicab business. Is that right? Correct. I believe the loans were secured by taxicabs. Correct. Taxicab medallions. Correct. The value of which dropped precipitously when the ride sharing industry. Yes, and still to this day, I think they're selling for about $12,000 as we speak. Okay. But, but, and, and, and Pentagon did not have a security interest in any of the real estate. Obviously. Correct. Yeah. Okay. Okay. And Mr. Do you. Mr. Puri was in the taxicab business. Yes, your honor. Okay. Okay, thank you. And so Council, this particular fraud would not have been evidence on the base of the deed that was recorded or transfer stamps or anything of that sort. Is that correct. Yeah, our, our, our take. I think that's a, I think that's like a different question that like, whether or not we would have had notice of the deed itself, whether or not a fraud occurred. I think our position is, is that argument is based on the statute, which is when someone who knows their, their, that the creditors coming for them, that they hide their assets, either by giving it to their brother or their wife or their son, or, you know, not in exchange for real value. They put in a trust so that it can't be, you know, because if, you know, if these properties hadn't been put in a trust, we've gotten our judgment, we would have leaned them up and foreclosed and we wouldn't be here right now. So that that's that's the crux of the fraud to us is that he moved those properties out of his name where there was a 15Million dollar judgment to a trust. Okay. Any other questions from the panel? All right. Thank you very much. You have certainly given us quite a bit to consider with respect to this case. Interesting facts, also very interesting argument. So I definitely appreciate your attendance today and also your presentation on today. We will take it all under advisement and issue our ruling as soon as practicable. Be well. That concludes these arguments. Thank you.